NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1176

TESSERA, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

ELPIDA MEMORY, INC. and ELPIDA MEMORY (USA) INC.,

Intervenors,

and

SMART MODULAR TECHNOLOGIES, INC.,

Intervenor,

and

ACER, INC., ACER AMERICA CORPORATION, NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., and POWERCHIP SEMICONDUCTOR CORPORATION,

Intervenors,

and

RAMAXEL TECHNOLOGY LTD.,

Intervenor,

and

KINGSTON TECHNOLOGY COMPANY, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-630.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

The parties jointly move for an extension of time to file their opening briefs. Tessera, Inc. also moves for leave to file an opening brief of up to 28,000 words. The International Trade Commission and the intervenors oppose the latter motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for an extension of time is granted. The appellant's opening brief is due no later than May 27, 2010. The appellee's and the intervenors' opening briefs are due no later than July 20, 2010.

(2)     The motion for leave to file a brief of up to 28,000 words is denied.

FOR THE COURT

**MAY 0 3 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Morgan Chu, Esq.
Panyin A. Hughes, Esq.
G. Hopkins Guy, III, Esq.
Larry L. Shatzer, II, Esq.
Michael R. Levinson, Esq.
Joseph V. Colaianni, Esq.
Jonathan M. James, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2010

JAN HORBALY
CLERK

s8

2010-1176                                                                 - 2 -